# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BONNIE BEAL**                                                          **PLAINTIFF**

V.                  **CASE NO.: 3:13CV00014 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**            **DEFENDANT**
**Social Security Administration**[1]

## ORDER

Plaintiff Bonnie Beal's motion for voluntary dismissal (docket entry #11) is GRANTED. Ms. Beal's claims are DISMISSED, without prejudice, this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration. She has been substituted for named Defendant Michael J. Astrue under Fed.R.Civ.P. 25.