# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BONNIE BEAL**                                                                             **PLAINTIFF**

V.                       **CASE NO.: 3:13CV00014 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**                    **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE